**FILED**
July 26, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MIGUEL ANGEL DIAZ-VASQUEZ, ) <br> ) <br> Defendant. ) | Case No. 2:19-MJ-00110-DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MIGUEL ANGEL DIAZ-VASQUEZ</u>, Case No. <u>2:19-MJ-00110-DB</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1) & (b)(1)(C)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___   Release on Personal Recognizance

- ✔   Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

    - ___   Unsecured Appearance Bond

    - ___   Appearance Bond with 10% Deposit

    - ___   Appearance Bond with Surety

- ✔   (Other)   <u>Defendant shall be released on at 9:00 a.m. Monday,</u>

    <u>July 29, 2019. With supervision and pretrial release</u>

    <u>conditions as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 26, 2019</u> at <u>2:40</u> pm..

By _____
Deborah Barnes
United States Magistrate Judge