| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | MIGUEL ANGEL DIAZ VASQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-mj-0110-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO MODIFY CONDITIONS OF PRETRIAL** |
| vs. | ) **RELEASE** |
| MIGUEL ANGEL DIAZ VASQUEZ, | ) |
| | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Miguel Vasquez, that Special Condition 11 of Mr. Vasquez's conditions of pretrial release may be modified as follows:

    11. **CURFEW:** You must remain inside your residence every day from 8:00 p.m. **to 4:00 a.m.,** or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The proposed modification is requested and approved by Pretrial Services Officer Darryl Walker to accommodate Mr. Vasquez's work schedule, which begins at 5:00 a.m.. Currently, Mr. Vasquez's conditions of release require him to be at his residence until 5:30 a.m., which would prevent him from reporting to work on time.

-1-

```
                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: July 29, 2019                     /s/ Jerome Price
                                        JEROME PRICE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        MIGUEL ANGEL DIAZ VASQUEZ



                                        McGREGOR W. SCOTT
                                        United States Attorney


Date: July 29, 2019                     /s/ Adrian Kinsella
                                        ADRIAN KINSELLA
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
```

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Special Condition 11 of the Defendant's Special Conditions of Release shall be modified as follows:

> 11. **CURFEW:** You must remain inside your residence every day from 8:00 p.m. to 4:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions of release remain in full force and effect.

Dated: July 29, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE