HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MIGUEL ANGEL DIAZ VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-0110-DB |
| Plaintiff, | **STIPULATION AND ORDER TO TEMPORARILY SUSPEND CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| MIGUEL ANGEL DIAZ VASQUEZ, | Judge: Hon. Deborah Barnes |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Miguel Vasquez, that the Court temporarily suspend Special Conditions 2 and 10, which require Mr. Vasquez not to be absent from his residence for more than 24 hours and to participate in location monitoring. This suspension would last from August 8, 2019 through August 11, 2019 to allow Mr. Vasquez to travel to the Northern District of Texas for his required court appearance. Special Conditions 2 and 10 reads:

> 2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

> 10. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include

-1-

having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

The proposed modification is requested and approved by Pretrial Services Officer Darryl Walker to accommodate Mr. Vasquez's travel plans to attend his court hearing in Dallas, Texas. Mr. Vasquez has provided Mr. Walker with his planned itinerary and will be out of the Eastern District of California until no later than August 11, 2019. If he returns earlier, he will resume with location monitoring the day he returns to this district. The government does not oppose this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 8, 2019  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
MIGUEL ANGEL DIAZ VASQUEZ

McGREGOR W. SCOTT
United States Attorney

Date: August 8, 2019  /s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Special Conditions 2 and 10 of the Defendant's Special Conditions of Release shall be temporarily suspended from August 8, 2019 through no later than August 11, 2019. The defendant's travel to the Northern District of Texas for his court appearance is hereby approved.

All other conditions of release remain in full force and effect.

Dated: August 8, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE